**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DURANCE PEARSON**                                                      **PLAINTIFF**

**v.**                                  **Case No. 4:25-cv-00252-KGB**

**FAULKNER COUNTY**
**DETENTION CENTER UNIT 1,** *et al.*                                   **DEFENDANTS**

**ORDER**

The Court has received the Recommended Disposition from United States Magistrate Judge Joe J. Volpe (Dkt. No. 6).   Plaintiff Durance Pearson has not filed any objections, and the time for filing objections has passed.   After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, adopted in its entirety as this Court's finding in all respects (*Id.*).   The Court dismisses without prejudice Mr. Pearson's amended complaint for failing to state a plausible claim for relief (Dkt. No. 5).   The Court recommends that in the future this dismissal count as a strike under 28 U.S.C. § 1915(g).   The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgement would not be taken in good faith.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge