**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DURANCE PEARSON**                                                        **PLAINTIFF**

**v.**                                   **Case No. 4:25-cv-00252-KGB**

**FAULKNER COUNTY**
**DETENTION CENTER UNIT 1,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Durance Pearson's amended complaint is dismissed without prejudice (Dkt. No. 5).   The relief sought is denied.   The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjuged this 15th day of June, 2026.

Kristine G. Baker
Chief United States District Judge

1